COMMONWEALTH of Pennsylvania,
Respondent

v.

Vincent DAVIS, a/k/a Terrell Strong, Petitioner

No. 362 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**. The Motion for Leave to Amend Questions Presented is Dismissed as Moot.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Matthew Allen LAWTON, Petitioner

No. 342 WAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

AND NOW, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.